UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHARLOTTE HUDSON                                                                             PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:08CV90 DPJ-FKB

LEAKE COUNTY SCHOOL DISTRICT, ET AL.                                            DEFENDANTS

ORDER

This cause is before the Court on motion of Defendant [98] to place under seal Exhibits 5, 6, and 8, attached to its motion for summary judgment [96], due to the presence of personal identifiers and/or sensitive information as defined by Federal Rule of Civil Procedure 5.2. The Court finds that Defendant's motion should be granted. The Clerk is directed to place under seal Exhibits 5, 6, and 8 as requested.

**SO ORDERED AND ADJUDGED** this the 20th day of September, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE